UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| Sandra Harmon, | ) |
| Plaintiff, | ) |
| v. | ) **JUDGMENT** |
| Cumberland County Board of Education, Marie Pierce-Ford, Larissa Perkins, Stafford Daniels, Dr. James McLauchlin, Dr. Frank Till, Joseph Locklear, | ) 5:15-CV-485-BR |
| Defendants. | ) |

**Decision by Court.**

**IT IS ORDERED, ADJUDGED AND DECREED** defendants' motion to dismiss, (DE # 15), is GRANTED. Plaintiff's motions are DENIED as moot. Judgment is entered in favor of defendants and this case is closed.

<u>This judgment filed and entered on May 5, 2016, and served on:</u>

Sandra Harmon (via US Mail at 9977 Sharon Church Road, Fayetteville, NC 28312)
Conor Patrick Regan (via CM/ECF Notice of Electronic Filing)
J. Scott Lewis (via CM/ECF Notice of Electronic Filing)

May 5, 2016

JULIE RICHARDS JOHNSTON, CLERK

By: Deputy Clerk